UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENNAN PATRICK PENROSE,

         Petitioner,

  v.

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS,

         Respondent.

Case No. C19-5071-RBL-TLF

REPORT AND
RECOMMENDATION

Noted for **May 17, 2019**

      Petitioner Brennan Patrick Penrose, who is proceeding *pro se*, filed a proposed Petition for Writ of Habeas Corpus on January 25, 2019. Dkt. 1. Petitioner did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. The Clerk of Court instructed petitioner to pay the filing fee or file an application for IFP status by February 25, 2019. Dkt. 2. The Clerk of Court also provided petitioner with an IFP form. *See* Dkt. 2.

      On February 1, 2019, petitioner submitted an IFP form which contained some information but was not signed by the petitioner. Dkt. 4. Instead, on the signature line of the IFP form petitioner had written "refuse to sign." Dkt. 4. Petitioner did not explain his refusal to sign the IFP application. *Id.*

      The Clerk of Court informed the petitioner his IFP application was deficient and instructed petitioner to cure the deficiency by March 4, 2019, or if he failed to do so, the action may be subject to dismissal. Dkt. 6. Petitioner failed to cure the deficiency.

REPORT AND RECOMMENDATION - 1

1    By order dated March 26, 2019, the Court directed petitioner to cure the deficiency in his
2 IFP application, (i.e. submit a complete and properly signed IFP application form) or pay the
3 $5.00 filing fee by April 15, 2019. Dkt. 7. The Court informed petitioner that if he failed to
4 comply with the Court's order and correct his IFP deficiency -- or pay the filing fee -- the Court
5 would recommend that the case be dismissed. *Id.*

6    To date petitioner has neither filed a proper application to proceed IFP nor paid the filing
7 fee. He has also failed to respond to the Court's order. As petitioner has failed to (1) file an
8 application to proceed IFP or pay the filing fee, (2) respond to the Court's Order, and (3)
9 prosecute this case, the Court recommends this case be DISMISSED without prejudice.

10    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
11 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
12 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
13 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
14 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 17,
15 2019, as noted in the caption.

17    Dated this 25th day of April, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2