UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENNAN PATRICK PENROSE,

    Petitioner,

v.

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. C19-5071-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. 8], recommending that the Court dismiss petitioner's federal habeas petition without prejudice.

(1)   The Magistrate Judge's Report and Recommendation is ADOPTED;

(2)   Petitioner's federal habeas petition (Dkt. 1) is dismissed without prejudice;

(3)   The Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 20th day of May, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1